**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION**



|  |  |  |
|---|---|---|
| In re Raymond Meza, Jr. | § § § § § § § | Case No. |

**DR 26 MC 0054**

### ORDER

Mr. Raymond Meza is counsel of record in *United States of America v. Joseph Alan Dorgan*, DR-22-CR-2422, and *United States of America v. Rogelio Gonzalez-Campos*, DR-23-CR-1058. Both cases were set for Final Revocation Hearings on June 24, 2026, at 8:30 AM. That same day, Mr. Meza asked the Court to continue the revocation hearings due to car trouble. The Court continued the revocation hearings and directed Mr. Meza to immediately file motions to continue in both cases. No motions to continue were filed.

On July 1, 2026, the Court *once again* directed Mr. Meza to immediately file motions to continue in both cases or inform the Court if he was unable to comply. Mr. Meza responded that he was unable to access his PACER account and could not file the motions to continue. The Court directed Mr. Meza to the PACER Service Center and instructed Mr. Meza to update the Court as to the status of his account. Rather than comply, Mr. Meza blatantly ignored the Court's directives and ceased all communications. Mr. Meza still has not filed the motions to continue.

IT IS THEREFORE **ORDERED** that Mr. Meza appear before this Court on **July 16, 2026, at 1:00 PM**, and **SHOW CAUSE** as to why he failed to appear at the Final Revocation Hearings,

failed to file the motions to continue, failed to update the Court as to the status of his

PACER account, and failed to communicate with the Court.

SIGNED and ENTERED on this 10th day of July 2026.

ALIA MOSES
Chief United States District Judge